UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>   v.<br><br>U.S. BANK, ACCOUNT #153190210663, in the name of Vortex Financial Corporation, OB Account, and the funds contained therein, more or less in the amount of $4,000,000 and the proceeds therefrom, et al.,<br><br>U.S. BANK, ACCOUNT #153190210705, in the name of Vortex Financial Corporation, PS Account, and the funds contained therein, more or less in the amount of $1,000,130.00, and the proceeds therefrom,<br><br>U.S. BANK, ACCOUNT #153190210713, in the name of Vortex Financial Corporation, and the funds contained therein, more or less in the amount of $1,063.28, and the proceeds therefrom, and<br><br>U.S. BANK, ACCOUNT #153190210721, in the name of Vortex Financial Corporation, and the funds contained therein, more or less in the amount of $441.25, and the proceeds therefrom,<br><br>                         Defendants. | No.  C03-2977Z<br><br>MINUTE ORDER |

MINUTE ORDER   1–

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court hereby DENIES the Motion to Stay and Response to Motion to Compel by Claimant Eddie Truesdale, docket no. 140. This Response to the United States' Motion to Compel is untimely filed pursuant to Local Rule 7(d)(3). Claimant Truesdale is advised that this Court's Order Compelling Discovery from Claimant Eddie Truesdale, docket no. 136, ordered compliance within 30 days of the Order, and specifically set forth the possible sanctions for noncompliance:

> Failure to comply with this order could result in sanctions upon claimant, up to and including *the possible dismissal of his claim* and entry of judgment in favor of the government.

See Order Compelling Discovery, docket no. 136, at 2 (emphasis added).

(2) Notwithstanding the Court's prior Order, docket no. 136, the Court will allow Claimant to comply with this Court's Prior Order within **15 days** of this Order. Failure to comply may result in sanctions upon claimant, up to and including the possible dismissal of his claim and entry of judgment in favor of the government.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 9th day of August, 2005.

BRUCE RIFKIN, Clerk

By    s/ Casey Condon
      Casey Condon
      Deputy Clerk

MINUTE ORDER  2–