1
2
3
4
5
6

7          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
8                     AT SEATTLE

9

10 | UNITED STATES OF AMERICA,

11 |                            Plaintiff,                     No. C03-2977Z

12 | v.

   |                                                            ORDER
13 | U.S. BANK, ACCOUNT #153190210663, in
   | the name of Vortex Financial Corporation,
14 | OB Account, and the funds contained therein,
   | more or less in the amount of $4,000,000 and
15 | the proceeds therefrom, et al.,

16 | U.S. BANK, ACCOUNT #153190210705, in
   | the name of Vortex Financial Corporation, PS
17 | Account, and the funds contained therein,
   | more or less in the amount of $1,000,130.00,
18 | and the proceeds therefrom,

19 | U.S. BANK, ACCOUNT #153190210713, in
   | the name of Vortex Financial Corporation,
20 | and the funds contained therein, more or less
   | in the amount of $1,063.28, and the proceeds
21 | therefrom, and

22 | U.S. BANK, ACCOUNT #153190210721, in
   | the name of Vortex Financial Corporation,
23 | and the funds contained therein, more or less
   | in the amount of $441.25, and the proceeds
24 | therefrom,

25 |                            Defendants.

26

ORDER  1−

1   THIS MATTER is before the Court on claimant Leslie T. Gladstone's Motion to Stay
2  Action on Claim for $220,000 by Cambridge Club, LLC and Clementine Estrada Pending
3  Resolution of Adversary Proceeding in Bankruptcy Court (the "Motion").
4   By separate order, the Court has dismissed the Cambridge Club, LLC claim in the
5  amount of $40,000.
6   This is an *in rem* civil action seeking forfeiture of several U.S. Bank accounts held in
7  the name of Vortex Financial Corporation.  On or about December 12, 2003, Clementine
8  Estrada filed a Verified Claim and Statement of Interest in this forfeiture case, on behalf of
9  claimant Cambridge Club, LLC.  Clementine Estrada and/or Cambridge Club LLC claim an
10 interest in funds in the amount of $180,000, which were allegedly placed in U.S. Bank
11 account number 153l90210663, in the name of Vortex Financial Corporation.
12   Leslie T. Gladstone is the court-appointed Chapter 7 trustee in the bankruptcy case of
13 In re Clementine Estrada, Case No. 04-06429-LA7 (The "Bankruptcy Case"), pending in the
14 United States Bankruptcy Court for the Southern District of California.  Clementine Estrada
15 is the debtor in the Bankruptcy Case.  On July 11, 2005, the Trustee filed a Verified Claim
16 and Statement of Interest in this forfeiture case asserting a claim for all funds received by
17 Vortex from Cambridge Club, which the Trustee believed to be $180,000.
18   Leslie T. Gladstone has filed an adversary proceeding in the Bankruptcy Case,
19 Adversary No. 05-90301-LA, seeking a determination from the United States Bankruptcy
20 Court for the Southern District of California that Cambridge Club, LLC is the alter ego of
21 Clementine Estrada and that the assets of Cambridge Club, LLC are the assets of the
22 bankruptcy estate of Clementine Estrada.
23   It is hereby ORDERED:
24   The Motion for Stay is GRANTED and this action shall be stayed with regard to
25 funds claimed by Cambridge Club, LLC and the Trustee until further order of the Court.
26

ORDER   2–

1   The parties are directed to inform the Court of any change in the status of the claims
2   as soon as practicable.
3   The Clerk is directed to send copies of this Order to all parties of record.
4   DATED this 13th day of October, 2005.

                                           /s/ Thomas S. Zilly
                                           Thomas S. Zilly
                                           United States District Judge

ORDER   3–