1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C03-2977Z |
| v. | |
| U.S. BANK, ACCOUNT #153190210663, in the name of Vortex Financial Corporation, OB Account, and the funds contained therein, more or less in the amount of $4,000,000 and the proceeds therefrom, et al., | MINUTE ORDER |
| U.S. BANK, ACCOUNT #153190210705, in the name of Vortex Financial Corporation, PS Account, and the funds contained therein, more or less in the amount of $1,000,130.00, and the proceeds therefrom, | |
| U.S. BANK, ACCOUNT #153190210713, in the name of Vortex Financial Corporation, and the funds contained therein, more or less in the amount of $1,063.28, and the proceeds therefrom, and | |
| U.S. BANK, ACCOUNT #153190210721, in the name of Vortex Financial Corporation, and the funds contained therein, more or less in the amount of $441.25, and the proceeds therefrom, | |
| Defendants. | |

MINUTE ORDER   1−

1  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

2

3  (1) Claimant Eddie Truesdale's unopposed motion for disbursement, docket no. 200, is GRANTED. The United States' motion for summary judgment, docket no. 202, is STRICKEN as MOOT. The Court hereby directs the Internal Revenue Service to return the

4  $45,000.00 seized from the Defendant bank accounts of Vortex Financial Corporation to Claimant Eddie Truesdale.

5

6  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

7  Filed and entered this 27th day of June, 2006.

8                                             BRUCE RIFKIN, Clerk

9

10                                                    s/ Casey Condon
                                            By _____
11                                             Casey Condon
                                             Deputy Clerk

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER   2–